1  BRIAN J. STRETCH (CABN 163973)
United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6758
7       FAX: (415) 436-7234
        Julie.Garcia@usdoj.gov

8
Attorneys for United States of America

9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   NO. CR 17-395 EMC
                                        )
14          Plaintiff,                  )
                                        )
15      v.                              )
                                        )   STIPULATION TO SET STATUS CONFERENCE
16  NELSON DECUIRE, a/k/a "Vader," and  )   DATE AND TO EXCLUDE TIME AND
    AISHAH BUENAVENTURA,                )   [PROPOSED] ORDER
17                                      )
            Defendants.                 )
18                                      )
                                        )
19  _____   )

20                         **STIPULATION**

21      The above-captioned matter was originally assigned to the Honorable United States District

22  Judge William Alsup.  On August 22, 2017, this Court entered a Related Case Order finding that this

23  case is related to several others within the meaning of Criminal Local Rule 8-1(b).[1]  The Court's order

24  vacated all matters presently scheduled for hearing and directed the parties to re-notice such matters for

25  hearing before this Court.

26      Accordingly, IT IS HEREBY STIPULATED, by and between the parties to this action, that the

27

28
        _____
        [1] *See* Case No. CR 17-391 EMC, ECF No. 16.

status conference in the above-captioned matter shall be set for **September 13, 2017, at 2:30 pm**.

IT IS FURTHER STIPULATED that the time between the filing of this stipulation on August 29, 2017, and the status conference on September 13, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until September 13, 2017, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: August 29, 2017

BRIAN J. STRETCH
United States Attorney


_____/s/_____
JULIE D. GARCIA
Assistant United States Attorney


DATED: August 29, 2017


_____/s/_____
MICHAEL STEPANIAN
Counsel for Defendant
AISHAH BUENAVENTURA


DATED: August 29, 2017


_____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
NELSON DECUIRE

1

2                                        **[PROPOSED] ORDER**

3          It is hereby ORDERED that the status conference in the above-captioned matter be set for

4     September 13, 2017, at 2:30 pm.

5          It is further ORDERED that the time from August 29, 2017, until September 13, 2017, be

6     excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).  The Court

7     finds that the exclusion of the period from August 29, 2017, to September 13, 2017, from the time limits

8     applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance

9     outweigh the interests of the public and the defendant in the prompt disposition of this criminal case;

10    and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel

11    the reasonable time necessary for effective preparation, taking into account the exercise of due diligence,

12    and would result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

13         IT IS SO ORDERED.

14

15    DATED:    8/31/17
                              _____
16                            HON. EDWARD CHEN
                              United States



17

18

19

20

21

22

23

24

25

26

27

28